# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ISAAC EUGENIO ALTAMIRANO,

        Defendant.

**APPEARANCE**

Case Number: 08MJ2339

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

   ISAAC EUGENIO ALTAMIRANO

   I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/1/2008 | /s/ SHAFFY MOEEL |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD    238732 |
| | Print Name                       Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City     State     Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number     Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 1, 2008                                                     ____/s/ Shaffy Moeel_____
                                                                                      SHAFFY MOEEL
                                                                                      Federal Defenders of San Diego, Inc.
                                                                                      225 Broadway, Suite 900
                                                                                      San Diego, CA 92101-5030
                                                                                      (619) 234-8467  (tel)
                                                                                      (619) 687-2666  (fax)
                                                                                      e-mail: Shaffy_Moeel@fd.org